ORIGINAL TRANSCRIPT
OR DEPOSITION
PLACED ON SHELF
# OF PAGES ___49___

HEARING

TES DISTRICT COURT
.... DISTRICT OF MICHIGAN
SOUTHERN D~ ~ ON

3

UNITED STATES OF AMERICA

4

F I L E D

JUN 2 7 2005

5                    Government.          CLERK'S OFFICE
                                          DETROIT

6

7       v.                         Case No. 03-80810

8

AHMAD JEBRIL,
9   MUSA JEBRIL,

10

                    Defendants.
11

12   _____/

13          EXCERPT OF JURY TRIAL PROCEEDINGS

14     BEFORE THE HONORABLE GERALD E. ROSEN
                United States District Judge
15      860 US Courthouse & Federal Building
              231 Lafayette Boulevard West
16                 Detroit, Michigan
              Friday, November 12, 2004

17

18   APPEARANCES:

19

        CYNTHIA OBERG
20      JULIE BECK
        Assistant United States Attorneys
21      211 West Fort Street
        Detroit, MI 48226
22      On behalf of the Government.

23

24   To obtain a certified transcript:

25   Carol S. Sapala, RMR, FCRR (313)961-7552

        USA v Jebril 03-80810