UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

Case #: 03CR80810-1

Honorable: **Chief Judge Gerald E. Rosen**

United States of America

v.

Ahmad Musa Jebril

_____/

## URGENT MOTION TO ALLOW OUT-OF-COUNTRY TRAVEL

Comes now, defendant, AHMAD JEBRIL, and hereby requests the Court's permission to travel out of state to Mecca, Saudi Arabia as detailed below to accompany my sister in her pilgrimage to Mecca.

In support of this motion I would like to state the following grounds:

1. I was found guilty after a trial and sentenced to prison.

2. I subsequently complete the period of incarceration and currently reside with family in Dearborn, Michigan.

3. I was released on 3/30/2012. Six months prior to that I was released to a halfway house and early house release.

4. My supervised release is for the term of three years. Which makes me over halfway through my term.

5. I seek permission to travel to Mecca, Saudi Arabia and will need to obtain a passport.

6. The reason for the travel is based on a request from my sister who intends on performing pilgrimage to Makkah, Saudi Arabia, known as Umrah.

Islamically she adopts the more common opinion that a women is obligated to have a close male relative to accompany her on the trip.(See exhibit #2)

She is divorced and asked me to join her since I'm the only close immediate relative able to go during those dates. My father is too ill to accompany her.

7. My sisters name is Zeina Jebril, 4637 Palmer, Dearborn, MI 48126; (313) 443-9712. She works for the Dearborn Public Schools as an assistant principle.

8. The duration of the trip is from December 26, 2013 to January 4th, 2014. The pilgrimage is conducted through Asmaa Arabab Tour. (See Exhibit #1)

9. We will be staying at specified locations documented in (exhibit #1) which contains precise times, dates and exact locations every step of the way.

10. I'm currently supervised by Ms Ms. Bennadette Moore.

11. Ms. Moore has previously granted permission to travel to Chicago and North Carolina in which I returned as scheduled and was in full compliance with the conditions of the travel.

12. Since my release 3/30/2012 I have been in compliance with the conditions of the supervised release.

13. <u>The entire trip and all expenses will be fully paid by my sister</u>. I will not pay anything since I'm unable to financially and because this is a favor for my sister.

I pray that you will agree to allow me to go on this opportunity that will not only help my sister but also better me spiritually.
I know you're very busy but it's timely in that they just advertised for the trip and they need to know the answer soon for reservations.
I would really appreciate your help and consideration in this matter.

Respectfully Submitted,

Ahmad Musa Jebril
4637 Palmer
Dearborn MI 48126
(313) 643-4966

Dated: 11/14/2013

# December 26-January 4

<u>ICA Umrah Trip</u>

The ICA is pleased to announce the details of the highly anticipated Umrah trip. Trip details are below.

To book your reservation or for more information, contact:
Asmaa Arabab
212-725-2022 ext 29
954-834-5000 ext 229
aarabab@darelsalam.com

When inquiring or reserving make sure to mention the group name: ICA group

- **Airline Information**
- 26 DEC 13 - THURSDAY
- SAUDIA AIRLINES   FLT:34   ECONOMY   600P   EQP:
- LV WASHINGTON DULLES   BOEING 777   11HR 55MI
- 27 DEC 13 - FRIDAY
- AR JEDDAH   155P   NON-STOP   REF:
- ARRIVE: SOUTH TERMINAL ZVEFU8
- 04 JAN 14 - SATURDAY
- AIR SAUDIA AIRLINES   FLT:21   ECONOMY   EQP: BOEING
- LV JEDDAH   615A   777
- DEPART: SOUTH TERMINAL   13HR 15MIN
- AR NEW YORK JFK   1130A   NON-STOP   REF:
- ARRIVE: TERMINAL 1 ZVEFU8

- **Land Package Service:**
- 4 nights' accommodations in Madinah in Hilton Hotel (27DEC - 31DEC)
- 4 nights' accommodations in Makkah in InterContinental Dar Al Tawhid Hotel (31DEC - 04JAN)

- Daily open buffet breakfast in the hotels
- Ziarah in Madinah to Masjid Quba, Mountain of Uhud, Masjid Qiblatain, Saba Masajids and other places
- Ziarah in Makkah to Mena, Muzdalifah, Arafaat, Jabal Al Rahmah, Jabal Al Noor, Jabal Al Thaur and Jannat Al Mualla
- Meet & Assist at the airport
- All transfers in Saudi Arabia: From Madinah airport to the hotel, Madinah to Makkah and Makkah to Jeddah
- Visa processing and courier charges
- Ihraam for men; prayer rugs for women
- 10 litre of Zamzam water for each family

- **Prices based on Double, Triple:**
- $2880 per person for each Adult in Triple
- $3110 per person for each Adult in Double

The Islamic Cultural Association
Media Committee
info@ica-mi.org
www.ica-mi.org

## Chapter 179
## Prohibiting Woman from Traveling Alone

**989.** Abu Hurairah (May Allah be pleased with him) reported: The Messenger of Allah (sallallaahu 'alayhi wa sallam) said, "It is not permissible for a woman who believes in Allah and the Last Day to make a journey of one day and night unless she is accompanied by a Mahram (husband or any other relative to whom she is prohibited to marry)."
[Al-Bukhari and Muslim].

**Commentary:** This Hadith offers four points. First, it mentions a twenty-four hour journey. `Ulama', therefore, say that the time limit matters little and the real point is the length of distance to be called journey. A woman is not allowed to travel unless she is accompanied by her husband or a Mahram.

Second, Hajj is obligatory on her provided she has no financial problem. If a woman has no husband or Mahram, Hajj is not obligatory on her. Neither can she go for Hajj with a group of women, whether for Hajj or any other purpose.

Third, the term Mahram, apart from husband, applies to all of her male siblingss whom she cannot marry; these include the father, the son, the brother, the nephew, the son-in-law and the foster-father. She cannot travel with anybody but with any of these.

Fourth, when she goes out, she should wear a Jilbab (an outer gown) dress so that no part of her body should be visible. Moreover, perfume must not be used by her, wearing perfume in public by women is tantamount to fornication, nor should the jingling of her ornaments be audible to others.

**990.** Ibn `Abbas (May Allah be pleased with them) reported: The Prophet (sallallaahu 'alayhi wa sallam) said, "No man must not be alone with a woman except in the presence of her (Mahram). No woman should travel except in company of a (Mahram)." A man said: "O Messenger of Allah! I have been enrolled for such and such expedition, and my wife left for Hajj." He (sallallaahu 'alayhi wa sallam) said to him, "Go and perform Hajj with your wife."
[Al-Bukhari and Muslim].

**Commentary:** This Hadih proves that under no circumstance woman may travel alone. The Shari`ah strictly bans a meeting of this kind between two opposite sexes. Even if nothing objectionable happens, a mischievous person may exploit this situation and talk about them slanderously. Families disregardful of Hijab provide instances of illicit relationship between a man and a woman related to each other.

http://abdurrahman.org/seerah/riyad/07/chap179.htm