# EXHIBIT A

```
1                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
2                       SOUTHERN DIVISION
3      UNITED STATES OF AMERICA,
4                    Plaintiff,
                                      CASE NO 03-80810
5
       vs
6
7      AHMAD MUSA JEBRIL,
8                    Defendant.
       _____/
9
10            The Deposition of AHMAD JEBRIL, taken before me,
11     Jennifer Wall, CSR-4183, a Notary Public within and for the
12     County of Oakland, Acting in Wayne, State of Michigan, at 211
13     West Fort Street, Detroit, Michigan on Wednesday, August 13,
14     2014.
15     APPEARANCES:
16         JACQUELINE HOTZ, ESQ.
           Assistant United States Attorney
17         211 West Fort Street, Suite 2001
           Detroit, Michigan 48226
18         (313) 226-9108
19              Appearing on behalf of Plaintiff.
20         RITA CHASTANG, ESQ.
           Federal Defender's Office
21         613 Abbott Street, Floor 5
           Detroit, Michigan 48226
22         (313) 967-5853
23              Appearing on behalf of Defendant.
24
25
```

```
1                      W I T N E S S   I N D E X
2     Witness              Examined by              Page
3     AHMAD JEBRIL         Ms. Hotz                  3
4                      E X H I B I T   I N D E X
5     Exhibit No.          Description               Page
6     Ex. No. 1            Net Worth Statement        6
7     Ex. No. 2            Bank Statements            9
8     Ex. No. 3            Bank Statements           14
9     Ex. No. 4            Paypal Statements         17
10    Ex. No. 5            Selling Manager Summary   22
11    Ex. No. 6            Ebay Sales Reports        25
12    Ex. No. 7            Half.com document         28
13                        *    *    *    *    *
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    Detroit, Michigan

 2                    Wednesday, August 13, 2014

 3                    1:45 p.m.

 4                         - - -

 5                    AHMAD JEBRIL

 6    was thereupon called as a witness herein, and after having been

 7    first duly sworn to tell the truth, the whole truth and nothing

 8    but the truth, was examined and testified as follows:

 9                    MS. HOTZ:  Mr. Jebril, could you state your

10         name and address for the record, please.

11                    THE WITNESS:  Ahmad Jebril, A-h-m-a-d,

12         J-e-b-r-i-l 4957 Rosalie, Dearborn, Michigan 48126.

13                    MS. HOTZ:  Mr. Jebril, my name is

14         Jacqueline Hotz.  I'm the assistant US attorney assigned to

15         collect restitution in this matter.

16                    With me today is your probation

17         officer, Heather McCamley.

18                    Ms. Chastain, do you want to put your

19         appearance on the record.

20                    MS. CHASTANG:  Rita Chastain.  I represent

21         Mr. Jebril, federal defender.

22                         EXAMINATION

23    BY MS. HOTZ:

24    Q.   Mr. Jebril, you're here today in response to a subpoena to

25         give testimony about your financial affairs, is that
```

```
1          correct?

2    A.    Yes.

3    Q.    Have you ever been the subject of a deposition previously?

4                    MS. CHASTANG:   You can answer that.

5                    THE WITNESS:   Okay, not -- I mean, by the

6          government, by civil matters.

7    BY MS. HOTZ:

8    Q.    So you understand that at a deposition you must give a

9          verbal response so the court reporter can take down your

10         answer.

11   A.    Yes.

12   Q.    Do you understand English?

13   A.    Yes.

14   Q.    Do you have any medical conditions that would impair your

15         memory?

16   A.    No.

17   Q.    Are you on any medications today that would impair your

18         ability to understand what's being said to you?

19   A.    No.

20   Q.    Are you on any medications today that would impair your

21         memory?

22   A.    No.

23   Q.    These depositions for civil matters, when approximately did

24         those depositions take place?

25   A.    At least over ten years ago.
```

1   Q.   And generally, what was the --

2   A.   Insurance.

3   Q.   Was that the same acts that gave rise to the criminal case

4        or was it related to the --

5   A.   It was related.

6   Q.   Related to the insurance fraud, okay.

7             And with the subpoena to appear, you were

8        provided with a financial statement.

9             Did you complete that financial statement?

10            MS. CHASTANG:  Mr. Jebril is not making any

11       statements about the financial statement because the

12       contents of that under these circumstances would incriminate

13       him.

14            MS. HOTZ:  So I should take that to mean

15       that he has not completed and brought a completed copy

16       today?

17            MS. CHASTANG:  That's correct.

18            MS. HOTZ:  In what way would the completion

19       of the financial statement tend to incriminate him?

20            MS. CHASTANG:  Well, he's making statements

21       about his finances which under these circumstances he has a

22       Fifth Amendment right to assert.

23            MS. HOTZ:  This is just a general Fifth

24       Amendment claim to disclosure of his financial affairs?

25            MS. CHASTANG:  Yes.  Because he's being

1        asked by the US Attorney's office financial litigation unit

2        to answer specific questions about his financial

3        circumstances, in the interview form or the -- I'm sorry,

4        the --

5                MS. HOTZ:  The financial statement?

6                MS. CHASTANG:  The financial statement,

7        yes.

8                MS. HOTZ:  So he's asserting the -- I just

9        want to make sure I'm clearly understanding.

10               He's asserting the Fifth Amendment

11       privilege to the entire statement?

12                MS. CHASTANG:  Yes.

13                MS. HOTZ:  To the production of the

14       documents that are required by the statement?

15                MS. CHASTANG:  Yes, yes.

16                MS. HOTZ:  Well, I don't -- obviously I

17       don't agree with that, and we'll leave that for the judge to

18       discuss.

19               Can you mark this, please.

20              (Deposition Exhibit No. 1 was marked

21               for identification.)

22 BY MS. HOTZ:

23 Q.   Mr. Jebril, I'm going to hand you a document which has been

24        marked as Deposition Exhibit No. 1, ask you to look at that,

25        please.

1                        Do you recognize that document?

2    A.   Yes, I do.

3    Q.   Could you briefly identify the document for the record.

4    A.   I wish to assert my Fifth Amendment right on that.

5                        MS. CHASTANG:   Well, I'm assuming this is a

6         document that was given by probation -- supplied by

7         probation because --

8                        MS. HOTZ:   Prior to the commencement of the

9         deposition today, the court entered an order allowing for

10        the probation department to share certain financial records

11        with my office for purposes of determining -- for purposes

12        of today's deposition, but additionally in determining the

13        assets and liabilities of Mr. Jebril.

14                        This document is the financial

15        statement that was produced by the probation department

16        this morning.

17                        Presumably it was completed and signed

18        by Mr. Jebril when he started his term of supervised

19        release, would that be accurate?

20                        THE WITNESS:   Not when I started, when I

21        started with Ms. McCamley.

22   BY MS. HOTZ:

23   Q.   So you completed this document?

24   A.   Yes.

25   Q.   And those are your initials and your signature on the

1           document?

2    A.    Yes.

3    Q.    And that is dated June 7, 2014, is that accurate?

4    A.    Yes.

5    Q.    Did you have anyone help you fill out this document?

6                    MS. CHASTANG:  I'm not to going let him --

7           I mean, he can identify it in terms of the fact that it's a

8           document he supplied to probation, but I'm not going to have

9           him answer any questions about the contents of it.  He can

10          assert his Fifth Amendment, remain silent.

11   BY MS. HOTZ:

12   Q.    Mr. Jebril, what is AAJ Landscaping and Snow Removal

13          Services?

14                    MS. CHASTANG:  You can assert your Fifth

15          Amendment.

16                    THE WITNESS:  I wish to assert my Fifth

17          Amendment right.

18   BY MS. HOTZ:

19   Q.    Are you an owner or officer of AAJ Landscaping and Snow

20          Removal Services?

21   A.    I would to assert my Fifth Amendment right.

22   Q.    Are you employed by AAJ Landscaping and Snow Removal

23          Services?

24   A.    I wish to assert my Fifth Amendment right on that.

25   Q.    Mr. Jebril, do you know what GreatExpectation4all@yahoo.com

1       is?

2   A.   I wish to assert my Fifth Amendment right on that.

3   Q.   Do you have access to the books and records that might be

4        maintained by greatexpectation4all@yahoo.com?

5   A.   I wish to assert my Fifth Amendment right.

6   Q.   Mr. Jebril, do you have an understanding of how Paypal

7        works?

8   A.   I wish to assert my Fifth Amendment right.

9   Q.   Mr. Jebril, do you have understanding of how Ebay works?

10  A.   I wish to assert my Fifth Amendment right.

11              MS. HOTZ:  Let's mark this one.

12              (Deposition Exhibit No. 2 was marked

13                 for identification.).

14  BY MS. HOTZ:

15  Q.   Mr. Jebril, I'm going to hand you a document that's been

16       marked as Deposition Exhibit No. 2.

17              Can you take a look at that.

18              Do you recognize those documents?

19  A.   Yes.

20  Q.   Would you identify the documents for the record.

21  A.   It's a bank account I held at Chase Bank.

22  Q.   Do you still have this bank account?

23  A.   No.

24  Q.   When was this account closed?

25  A.   I'm not sure, but maybe around December of last year.

1    Q.    2013?

2    A.    Yes.

3    Q.    The funds that were in the account that -- were there funds

4          in the account at the time that you closed it?

5                        MS. CHASTANG:  Well, you can -- you can

6          assert your Fifth Amendment right.

7                        THE WITNESS:  I wish to assert my Fifth

8          Amendment right.

9                        MS. HOTZ:  Let the record reflect that the

10         bank statement for November 16, 2013 through December 13,

11         2013 shows an ending balance of 1,035.86.

12   BY MS. HOTZ:

13   Q.    Mr. Jebril, what did you do with that money?

14   A.    I wish to assert my Fifth Amendment right.

15   Q.    Mr. Jebril, do you have an understanding of what half.com

16         is?

17   A.    I wish to assert my Fifth Amendment right on that.

18   Q.    The deposits into your bank account from half.com, do you

19         know why those funds were deposited into your account?

20   A.    I wish to assert my Fifth Amendment right on that.

21   Q.    Do you know why Paypal was depositing funds into the bank

22         account at Chase?

23   A.    I wish to assert my Fifth Amendment right on that.

24   Q.    The bank records are from September 2013 through December

25         2013, is that accurate?

```
 1    A.   I wish to assert my Fifth Amendment right on that.

 2    Q.   Was there any other account holder at the Chase Bank

 3         account?

 4    A.   I wish to assert my Fifth Amendment right on that.

 5    Q.   Did anyone else -- did you authorize anyone else to withdraw

 6         funds from the bank account at Chase during -- between

 7         September 2013 and December 2013?

 8    A.   I wish to assert my Fifth Amendment right on that.

 9    Q.   Do you know who Farah Tarabishi, T-a-r-a-b-i-s-h-i is?

10    A.   I wish to assert my Fifth Amendment right on that.

11    Q.   On November 25th, were you traveling by US Airways anywhere?

12    A.   I wish to assert my Fifth Amendment right on that.

13    Q.   For the Chase Bank account, did you have a debit card?

14    A.   I wish to assert my Fifth Amendment right on that.

15    Q.   The address on the bank statement is identified as P.O. Box

16         1381 Lincoln Park, Michigan, are you the owner of that box?

17    A.   I wish to assert my Fifth Amendment right on that.

18    Q.   Does anyone else have access to that P. O. Box?

19    A.   I wish to assert my Fifth Amendment right on that.

20    Q.   Who pays the fees for that post office box?

21    A.   I wish to assert my Fifth Amendment right on that.

22    Q.   Do you have access to any other post office box in Michigan?

23    A.   I wish to assert my Fifth Amendment right on that.

24    Q.   Mr. Jebril, how did you get here today?

25    A.   I wish to assert my Fifth Amendment right on that.
```

1                  MS. CHASTANG:  You can answer that, if you

2     want.

3                  THE WITNESS:  Okay.  I drove my sister's

4     car.

5   BY MS. HOTZ:

6   Q.   What was your sister's name?

7   A.   Meniki Jebril.

8   Q.   What car did you drive?

9   A.   She has a 2007 Cadillac STS.

10  Q    Do you drive that car frequently?

11  A.   Yes.

12  Q.   Does your -- do you pay your sister anything for the use of

13     the car?

14                 MS. CHASTANG:  You can start asserting your

15    Fifth.

16                 THE WITNESS:  I wish to assert my Fifth

17    Amendment right on that.

18  BY MS. HOTZ:

19  Q.   Do you pay for the insurance on that car?

20  A.   I wish to assert my Fifth Amendment right on that.

21  Q.   The address that you gave on Rosalie, is that an apartment,

22     a house, a condo?

23  A.   It's a house.

24  Q.   Do you own that house?

25  A.   No.

1    Q.   Who owns the house?

2    A.   My sister.

3    Q.   Your sister's name?

4    A.   Zena Jebril.

5    Q.   Do you pay rent for the use of that house?

6    A.   I wish to assert my Fifth Amendment right on that.

7    Q.   Does anyone else stay in the house besides you?

8    A.   I wish to assert my Fifth Amendment right on that.

9    Q.   What kind of a house is it, bungalow, colonial?

10   A.   I wish to assert my Fifth Amendment right on that.

11                   MS. CHASTANG:  You can tell her what you

12        think it is, the style.

13                   THE WITNESS:  It's a two bedroom house.  I

14        mean, I don't know what you mean.

15   BY MS. HOTZ:

16   Q.   How many square feet approximately?

17   A.   Very small, very, very small house.

18   Q.   Maybe less than 1,000 square feet?

19   A.   I would say so, yes.

20   Q.   Is the house furnished?

21   A.   Yes.

22   Q.   Is that furniture that you purchased for the house?

23                   MS. CHASTANG:  You can assert the Fifth.

24                   THE WITNESS:  The couch is mine.  The

25        recent couch is mine.  There is some items --

1          MS. CHASTANG:  You can assert the Fifth.

2          THE WITNESS:  I wish to assert my Fifth

3    Amendment right.

4  BY MS. HOTZ:

5  Q.   You indicated that there is a recent couch.

6          Where did you purchase that couch from?

7  A.   I wish to assert my Fifth Amendment right.

8  Q.   And when did you purchase that couch?

9  A.   I wish to assert my Fifth Amendment right.

10          (Deposition Exhibit No. 3 was marked

11            for identification.)

12  BY MS. HOTZ:

13  Q.   I'm going to hand you a document that has been marked as

14    Deposition Exhibit No. 3 and ask you to take a look at that

15    document.

16          Do you recognize the document?

17  A.   Yes.

18  Q.   Could you tell me what this document is?

19          MS. CHASTANG:  Well, you can take the Fifth

20    on this.

21          Is this a document that you provided

22    your probation officer?

23          THE WITNESS:  Yes.

24  BY MS. HOTZ:

25  Q.   Is that a bank statement from Bank of America, is that

1          correct?

2     A.   I wish to assert my Fifth Amendment right on that.

3     Q.   It is dated as of July 14, 2014, is that accurate?

4     A.   I wish to assert my Fifth Amendment right.

5     Q.   Is this a bank account that you have at Bank of America?

6     A.   I wish to assert my Fifth Amendment right.

7     Q.   Does anyone else have access to this bank account?

8     A.   I wish to assert my Fifth Amendment right.

9     Q.   Does anyone else have the ability to withdraw money from

10         this bank account?

11    A.   I wish to assert my Fifth Amendment right.

12    Q.   I would ask you to look at page two of the document, to the

13         transaction corresponding May 27, 2014.

14              Do you see that transaction?

15    A.   I wish to assert my Fifth Amendment right on that.

16    Q.   Mr. Jebril, can you read English?

17    A.   Yes, I can.

18    Q.   You can write in English, correct?

19    A.   Yes.

20    Q.   The transaction for May 27, 2014 reads Paypal DES transfer

21         ID.  There is an ID number, then second line says INDN, GIS

22         Consultants Company.

23              Do you know what GIS Consultants Company is?

24    A.   I wish to assert my Fifth Amendment right on that.

25    Q.   There is a deposit for $3,500 reflected on this bank

```
 1           statement, do you see that?

 2    A.     I wish to assert my Fifth Amendment right on that.

 3    Q.     Do you know the source of that $3,500?

 4    A.     I wish to assert my Fifth Amendment right on that.

 5    Q.     Do you see the transaction for May 5th, 2014?

 6    A.     I wish to assert my Fifth Amendment right on that.

 7    Q.     Again, this is a deposit of $2,500 marked as GIS Consultants

 8           Company, is that correct?

 9    A.     I wish to assert my Fifth Amendment right on that.

10    Q.     On May 2nd, 2014, there is a $2,500 deposit.  Do you see

11           that one?

12    A.     I wish to assert my Fifth Amendment right on that.

13    Q.     Again, a deposit for GIS Consultant Company.

14                    Do you see that?

15    A.     I wish to assert my Fifth Amendment right on that.

16    Q.     If you turn to the last page on February 12, 2014.  There is

17           a deposit of $4.72 from half.com.  Do you see that

18           transaction?

19    A.     I wish to assert my Fifth Amendment right on that.

20    Q.     Do you know why those funds were deposited into this

21           account?

22    A.     I wish to assert my Fifth Amendment right on that.

23    Q.     On the first page on June 2nd, 2014, there is a payment of

24           $7.16 to Fairlane Fuel.

25                    Did you purchase the gasoline on that day?
```

```
 1   A.   I wish to assert my Fifth Amendment right on that.

 2                     MS. HOTZ:   Let's mark this entire package.

 3                     (Deposition Exhibit No. 4 was marked

 4                     for identification.)

 5   BY MS. HOTZ:

 6   Q.   Mr. Jebril, let the record reflect that I have handed you a

 7        multi-page package of documents that are identified as

 8        Paypal.

 9                     Can you take a look at these, please.   Tell

10        me if you recognize any of them?

11   A.   I wish to assert my Fifth Amendment right on that.

12   Q.   The first -- the top of this package has statements from

13        June of 2013, continuing until June of 2014.

14                     Do you see that?

15   A.   I wish to assert my Fifth Amendment right on that.

16   Q.   The name of the -- at the top of the document is AAJ

17        Landscaping and Lawn Service.   Do you see that?

18   A.   I wish to assert my Fifth Amendment right on that.

19   Q.   And the Paypal account is Greatexpectation4all@yahoo.com, is

20        that correct?

21   A.   I wish to assert my Fifth Amendment right on that.

22   Q.   And the address is P.O. Box 1381 Lincoln Park, Michigan, do

23        you see that?

24   A.   I wish to assert my Fifth Amendment right.

25   Q.   That is the same address that is on the Chase Bank
```

1          statement, is that correct?

2    A.   I wish to assert my Fifth Amendment right.

3    Q.   This is a post office box that you have access to, is that

4          correct?

5    A.   I wish to assert my Fifth Amendment right on that.

6    Q.   If you will look at page one of Deposition Exhibit No. 3,

7          the statement from Bank of America.

8                There is a transaction on June 9, 2014 that

9          is identified as a Paypal deposit from GIS Consultants

10         in the amount of 299.57.

11               If you look at page three of Deposition

12         Exhibit No. 4 for the month of June 2014, and you look

13         at June 11, 2014 -- I misspoke.

14               On the Bank of America June 9th transaction

15         that is a debit from Bank of America in the amount of

16         299.57, on the Paypal statement there is a

17         corresponding deposit of 299.57 from a bank.

18               Did you see these two transactions?

19    A.   I wish to assert my Fifth Amendment right on that.

20    Q.   Did you transfer money from the Bank of America to Paypal on

21         or about June 9, 2014?

22    A.   I wish to assert my Fifth Amendment right on that.

23    Q.   If you go to the Paypal account for May 2014 and look for

24         the date May 3rd, 2014, which is the one, two -- third line

25         down on page -- it's identified as page two of five for May

```
 1              of 2014, from the Paypal account, there is a $2,500 general

 2              withdrawal.

 3                         Do you see that transaction?

 4         A.   I wish to assert my Fifth Amendment right on that.

 5         Q.   When you look at the bank statement that you have provided

 6              for the Bank of America account.

 7                         Did you see the deposit of $2,500 dated

 8              May 5th?

 9         A.   I wish to assert my Fifth Amendment right on that.

10         Q.   Did you transfer the money from the Paypal account to the

11              Bank of America account?

12         A.   I wish to assert my Fifth Amendment right on that.

13         Q.   On May 22nd, 2014 on the Paypal statement, which is

14              identified as page four of five for May 2014, again, there

15              is a general withdrawal on May 22nd of $3,500.

16                         Do you see that transaction?

17         A.   I wish to assert my Fifth Amendment right on that.

18         Q.   If you look at page two of the Bank of America statement

19              from May 27, there is a corresponding $3,500 deposit into

20              that bank account.

21                         Do you see that transaction?

22         A.   I wish to assert my Fifth Amendment right on that.

23         Q.   And that is identified as coming from a Paypal account.

24                         Do you see that transaction?

25         A.   I wish to assert my Fifth Amendment right on that.
```

```
 1    Q.    Do you have any reason to believe that Paypal keeps

 2          inaccurate transaction records?

 3    A.    I wish to assert my Fifth Amendment right on that.

 4    Q.    If we look at the final -- or the Paypal statement for June

 5          of 2013, which are at the back of Exhibit 4, page one and

 6          two of the June 2013 statement represents a summary of

 7          transactions in the Paypal account assigned to

 8          Greatexpectation4all@yahoo.com, is that your understanding

 9          of that page?

10    A.    I wish to assert my Fifth Amendment right on that.

11    Q.    The statement indicates that the opening balance for this

12          account was $363.28.

13                  Do you see that on the statement?

14    A.    I wish to assert my Fifth Amendment right on that.

15    Q.    And it also indicates that there were sales of $506.53.  Do

16          you see that?

17    A.    I wish to assert my Fifth Amendment right on that.

18    Q.    When you turn to the last page for June 2013.  The page that

19          is identified as transaction details for the month of June

20          2013, do you see that?

21    A.    I wish to assert my Fifth Amendment right on that.

22    Q.    Now, this page is sorted by date and the type of transaction

23          and the business or recipient name of the item being sold or

24          purchased on Ebay, then the amounts assigned to these

25          transactions.
```

1                    Do you understand that to be true?

2     A.   I wish to assert my Fifth Amendment right on that.

3     Q.   If you look at the column that is identified as gross

4          amount, there are numbers -- there are amounts in there that

5          are negative amounts and there are amounts that are positive

6          amounts.

7                    If you were to total the positive amounts as

8          purchases, would you understand that those purchases

9          would equal $506.53?

10    A.   I wish to assert my Fifth Amendment right on that.

11    Q.   If you go to the bottom of page one for June 2013, it shows

12         purchase activity of $153.85.  Do you see that?

13    A.   I wish to assert my Fifth Amendment right on that.

14    Q.   Does anyone have -- other than you have the ability to make

15         purchases under Greatexpectation4all@yahoo.com?

16    A.   I wish to assert my Fifth Amendment right on that.

17    Q.   If you go the transaction detail for June of 2013, then you

18         add up the negative numbers in the gross amount column,

19         which represent the purchases for that month, is it your

20         understanding that those purchases would total $153.85?

21    A.   I wish to assert my Fifth Amendment right on that.

22    Q.   And if you went to the last column on that page that says

23         fee amount and you added up the fees that were charged by

24         Paypal for those transactions, would those fees equal

25         $20.56?

```
 1   A.   I wish to assert my Fifth Amendment right on that.

 2   Q.   And would this system of accounting be the same for each

 3        monthly statement that had been provided by Paypal?

 4   A.   I wish to assert my Fifth Amendment right on that.

 5   Q.   Did you prepare the statements that are identified as Paypal

 6        for AAJ Landscaping and Lawn Service?

 7   A.   I wish to assert my Fifth Amendment right on that.

 8   Q.   Are these documents that are maintained and prepared by

 9        Paypal, if you know?

10   A.   I wish to assert my Fifth Amendment right on that.

11   Q.   Did you provide these documents to your probation officer

12        upon her request?

13   A.   I wish to assert my Fifth Amendment right on that.

14   Q.   Do you maintain copies of these documents for your own use?

15   A.   I wish to assert any Fifth Amendment right on that.

16                       (Deposition Exhibit No. 5 was marked

17                        for identification.)

18   BY MS. HOTZ:

19   Q.   Mr. Jebril, I'm going to hand you a document that has been

20        marked as Deposition Exhibit No. 5, ask you to take a look

21        at that document.

22                   Do you recognize that document?

23   A.   I wish to assert my Fifth Amendment right on that.

24   Q.   The document is titled "My Ebay selling manager's summary

25        for greatexpectation4all 2012".
```

```
1                    Do you see that on the page?

2    A.   I wish to assert my Fifth Amendment right on that.

3    Q.   And it indicates that it was last updated on July 7, 2014.

4                    Do you see that?

5    A.   I wish to assert my Fifth Amendment right on that.

6    Q.   If you look at the right-hand side of that -- of the two

7         columns, there is a box identified as sold, parens, last 90

8         days, closed parens.

9                    Do you see that?

10   A.   I wish to assert my Fifth Amendment right on that.

11   Q.   It indicates that within the last 90 days

12        greatexpectation4all 2012 sold items worth $12,799.11.

13                   Do you see that?

14   A.   I wish to assert my Fifth Amendment right on that.

15   Q.   Did you receive these funds, Mr. Jebril?

16   A.   I wish to assert my Fifth Amendment right on that.

17   Q.   What did you do with this money?  Was this deposited into

18        your bank account?

19   A.   I wish to assert my Fifth Amendment right on that.

20   Q.   Do you pay the utilities at the house that you are residing

21        in?

22   A.   I wish to assert my Fifth Amendment right on that.

23   Q.   Do you pay the taxes for the house that you are residing in?

24   A.   I wish to assert my Fifth Amendment right on that.

25   Q.   Do you have insurance for the house that you are residing
```

1        in?

2    A.   I wish to assert my Fifth Amendment right on that.

3    Q.   Who takes care of the lawn for the house that you are

4        residing in?

5    A.   I wish to assert my Fifth Amendment right on that.

6    Q.   Do you pay for the maintenance or the upkeep out of

7        residence that you are residing in?

8    A.   I wish to assert my Fifth Amendment right on that.

9    Q.   Mr. Jebril, would it be accurate to say that within 90 days

10        of July 7, 2013 you received, $12,799.11?

11    A.   I wish to assert my Fifth Amendment right on that.

12    Q.   And that those funds were not applied to your outstanding

13        restitution obligation?

14    A.   I wish to assert my Fifth Amendment right on that.

15    Q.   You are currently paying $75 a month on your restitution

16        obligation, is that accurate?

17    A.   I wish to assert my Fifth Amendment right on that.

18    Q.   The insurance companies that were defrauded as part of your

19        criminal case and identified as the victims, have they

20        collected any money independent of the Federal Government

21        for their claims?

22    A.   I wish to assert my Fifth Amendment right on that.

23    Q.   Have they contacted you to pay any of those claims?

24    A.   I wish to assert my Fifth Amendment right on that.

25    Q.   Did they get a civil money judgment in their favor for these

1          unpaid claims?

2     A.   I wish to assert my Fifth Amendment right on that.

3                    (Deposition Exhibit No. 6 was marked

4                    for identification.)

5     BY MS. HOTZ:

6     Q.   I'm going to hand you a document that has been marked as

7          Deposition Exhibit No. 6 and ask you to review this

8          document.

9                    Do you recognize this document?

10    A.   I wish to assert my Fifth Amendment right on that.

11    Q.   This again is a multiple page document reflecting Ebay sales

12         reports, sales summaries from August 2013 to June 2014, is

13         that accurate?

14    A.   I wish to assert my Fifth Amendment right on that.

15    Q.   It is for greatexpectation4all 2012, is that accurate?

16    A.   I wish to assert my Fifth Amendment right on that.

17    Q.   Do you see on the first page of each month's sales summary

18         that there is a listing of sales by month?

19                   Do you see that on the statement?

20    A.   I wish to assert my Fifth Amendment right on that.

21    Q.   Would it be accurate that if you added up all of these sales

22         totals that they would equal approximately $30,000?

23    A.   I wish to assert my Fifth Amendment right on that.

24    Q.   Are there sales through Ebay that would not be under

25         greatexpectation4all 2012, that would be something that you

1        were selling?

2   A.   I wish to assert my Fifth Amendment right on that.

3   Q.   Do you have more than one account on Ebay?

4   A.   I wish to assert my Fifth Amendment right on that.

5   Q.   If we go back to the Paypal statements, let's say for June

6        2014, which is Deposition Exhibit No. 4, when you look at

7        the transaction details, the first one identified, June 1st,

8        2014 says pre-approved payment bill user payment.  It's

9        $13.90.

10              What did you purchase for $13.90 on June 1st,

11       2014?

12  A.   I wish to assert my Fifth Amendment right on that.

13  Q.   Is anyone else using your account to make purchases?

14  A.   I wish to assert my Fifth Amendment right on that.

15  Q.   Do you have any accounts other than the Bank of America

16       account currently?

17  A.   I wish to assert my Fifth Amendment right on that.

18  Q.   Would it be an accurate statement to say that there are no

19       withdrawals from the Bank of America account for groceries?

20  A.   I wish to assert my Fifth Amendment right on that.

21  Q.   Would it also be accurate to say that from the Bank of

22       America account that there are no withdrawals for purchases

23       of clothing?

24  A.   I wish to assert my Fifth Amendment right on that.

25  Q.   Would it be accurate to say for the Bank of America account

1          that there are no withdrawals or payments for any utilities?

2    A.    I wish to assert to my Fifth Amendment right on that.

3    Q.    Would it be accurate to say that the Bank of America account

4          summaries do not reflect any payments for cellphones?

5    A.    I wish to assert my Fifth Amendment right on that.

6    Q.    Did you have a cellphone, Mr. Jebril?

7    A.    I wish to assert my Fifth Amendment right on that.

8    Q.    Whose name is the cellphone in?

9    A.    I wish to assert my Fifth Amendment right on that.

10   Q.    Mr. Jebril, do you have a computer at your residence?

11   A.    I wish to assert my Fifth Amendment right on that.

12   Q.    Mr. Jebril, do you have access to the internet at your

13         residence?

14   A.    I wish to assert my Fifth Amendment right on that.

15   Q.    Would it be accurate to say that the Bank of America summary

16         statement does not reflect the payment of any cable or

17         telephone payments, is that correct?

18   A.    I wish to assert my Fifth Amendment right on that.

19   Q.    Mr. Jebril, do you have access to a computer at anyplace

20         other than your personal residence?

21   A.    I wish to assert my Fifth Amendment right on that.

22   Q.    Is your father currently alive?

23   A.    I wish to assert my Fifth Amendment right on that.

24                   MS. CHASTANG:  You can tell him whether

25         your father is alive or not.

1                              THE WITNESS:  Sorry, I got carried away.

2          Yes, he is alive.

3     BY MS. HOTZ:

4     Q.   Does your father provide you with any financial support?

5     A.   I wish to assert my Fifth Amendment right on that.

6     Q.   Do you provide any financial support for your father?

7     A.   I wish to assert my Fifth Amendment right on that.

8     Q.   Other than the use of the house do either of your sisters --

9          and the car, do either of your sisters provide you any

10         financial support?

11    A.   I wish to assert my Fifth Amendment right on that.

12    Q.   Do you have access to any car other than the Cadillac that

13         you were driving today?

14    A.   I wish to assert my Fifth Amendment right on that.

15                         (Deposition Exhibit No. 7 was marked

16                           for identification.)

17    BY MS. HOTZ:

18    Q.   I'm going to hand you a document which has been marked as

19         Deposition Exhibit No. 7 and ask you to review that

20         document.

21              Do you recognize the document?

22    A.   I wish to assert my Fifth Amendment right on that.

23    Q.   But this is a statement from half.com reflecting payments

24         for sales between April of 2013 and August 15, 2014.  Do you

25         see that?

1    A.   I wish to assert my Fifth Amendment right on that.

2    Q.   If you look at the sale for $11.01 that was paid on

3         September 11, 2013.

4              Do you see that sale, Mr. Jebril?

5    A.   I wish to assert my Fifth Amendment right on that.

6    Q.   If you look to the first page of Exhibit No. 2, which is the

7         Chase Bank account, do you see the deposit from half.com in

8         the amount of $11.01?

9    A.   I wish to assert my Fifth Amendment right on that.

10   Q.   And the subsequent amounts that have been paid, each of

11        which are relatively minor, between September 2013 and

12        December 2013, were each of these amounts deposited into the

13        bank account at Chase?

14   A.   I wish to assert my Fifth Amendment right on that.

15   Q.   The transactions from January 2014 until August 2014, the

16        amounts that were paid for those transactions, were those

17        amounts deposited into the Bank of America account?

18   A.   I wish to assert my Fifth Amendment right on that.

19   Q.   For instance, the amount that was paid, the $131.91 that was

20        paid on January 27, 2014 is reflected as a deposit on

21        January 28, 2014 into the Bank of America account.  Is that

22        accurate?

23   A.   I wish to assert my Fifth Amendment right on that.

24   Q.   And on half.com the deposits into the Bank of America

25        account are identified as A period H period Company, is that

1        accurate?

2    A.   I wish to assert my Fifth Amendment right on that.

3    Q.   Would that be referencing the AAJ Landscaping and Lawn

4        Service account?

5    A.   I wish to assert my Fifth Amendment right on that.

6    Q.   The books that -- half.com appears to be an online

7        marketplace for books and music and movies, is that

8        accurate?

9    A.   I wish to assert my Fifth Amendment right on that.

10   Q.   The transactions that are identified, were you responsible

11       for shipping the books that were purchased?

12   A.   I wish to assert my Fifth Amendment right on that.

13   Q.   And the 80 items that are identified as being books and

14       inventory for this account, are those books that you have

15       custody and control of?

16   A.   I wish to assert to my Fifth Amendment right on that.

17   Q.   The book Dream Houses by Mary Gilliatt, 1987 that you have

18       listed for $1.45, is that a book that you have?

19   A.   I wish to assert my Fifth Amendment right on that.

20   Q.   How -- as the seller of this book, did you have to pay the

21       shipping for this book or does the purchaser pay the

22       shipping?

23   A.   I wish to assert my Fifth Amendment right on that.

24   Q.   If you total the payments made at half.com for the time

25       period from April 2013 to August 2014, would you agree that

1          that's $362.31?

2     A.   I wish to assert my Fifth Amendment right on that.

3     Q.   The house located at 4637 Palmer Street in Dearborn, who

4          lives there, if you know?

5     A.   I wish to assert my Fifth Amendment right on that.

6     Q.   Is that your sister's house Meliki?

7     A.   I wish to assert my Fifth Amendment right on that.

8     Q.   Is your sister a pharmacist?

9     A.   I wish to assert my Fifth Amendment right on that.

10                    MS. CHASTANG:  You can tell her --

11                    THE WITNESS:  Yes, she is.

12   BY MS. HOTZ:

13    Q.   Do you have an ownership interest in the house at 4637

14         Palmer Street?

15    A.   I wish to assert my Fifth Amendment right on that.

16    Q.   Does your sister Lina allow use of the 2013 Cadillac XTS?

17    A.   I wish to assert my Fifth Amendment right on that.

18    Q.   Are you familiar with the property located at 5148 Horger

19         Street, Dearborn?

20    A.   I wish to assert my Fifth Amendment right on that.

21    Q.   Are you familiar with a company called Horger Palace, LLC?

22    A.   I wish to assert my Fifth Amendment right on that.

23    Q.   Do you receive any funds from that particular entity?

24    A.   I wish to assert my Fifth Amendment right on that.

25    Q.   Within the last six months, have you received any money from

```
1              AAJ Landscaping and Snow Removal?

2     A.    I wish to assert my Fifth Amendment right on that.

3     Q.    Are you still the president of the Muslim Society?

4     A.    I wish to assert my Fifth Amendment right on that.

5     Q.    Is that a charitable organization or a business?

6     A.    I wish to assert my Fifth Amendment right on that.

7     Q.    Did you put any money into AAJ Landscaping and Snow Removal

8           when it was created?

9     A.    I wish to assert my Fifth Amendment right on that.

10    Q.    Does that company owe you any money at this time?

11    A.    I wish to assert my Fifth Amendment right on that.

12    Q.    Do you owe any money to AAJ Landscaping and Snow Removal

13          today?

14    A.    I wish to assert my Fifth Amendment right on that.

15    Q.    Do you belong to any religious institutions?

16    A.    I wish to assert my Fifth Amendment right on that.

17    Q.    Does any religious or charitable organization provide any

18          financial support for you?

19    A.    I wish to assert my Fifth Amendment right on that.

20    Q.    Have you lent money to anyone in the past 12 months?

21    A.    I wish to assert my Fifth Amendment right on that.

22    Q.    If so, how much have you lent them?

23    A.    I wish to assert my Fifth Amendment right on that.

24    Q.    Do you have any records detailing the lending of any money

25          to any third parties?
```

```
1    A.   I wish to assert my Fifth Amendment right on that.

2    Q.   Within the past 12 months has anyone given you any money as

3         a gift or a loan in an amount in excess of $50?

4    A.   I wish to assert my Fifth Amendment right on that.

5    Q.   Have you maintained any records with respect to the receipt

6         of any money from third parties?

7    A.   I wish to assert my Fifth Amendment right on that.

8    Q.   Do you have an ownership interest in any real estate in

9         Michigan?

10   A.   I wish to assert my Fifth Amendment right on that.

11   Q.   Do you have an ownership interest in any stocks or bonds?

12   A.   I wish to assert my Fifth Amendment right on that.

13   Q.   Do you have any ownership interest of any boats or

14        motorcycles?

15   A.   I wish to assert my Fifth Amendment right on that.

16   Q.   Do you have any coin collections?

17   A.   I wish to assert my Fifth Amendment right on that.

18   Q.   Do you owe any money to the Internal Revenue Service?

19   A.   I wish to assert my Fifth Amendment right on that.

20   Q.   Do you owe money to the State of Michigan income tax

21        division?

22   A.   I wish to assert my Fifth Amendment right on that.

23   Q.   Do you have a bridge card?

24   A.   I wish to assert my Fifth Amendment right on that.

25   Q.   Do you have access to the use of anyone else's bridge card?
```

```
 1    A.   I wish to assert my Fifth Amendment right on that.

 2    Q.   Do you currently have health insurance?

 3    A.   I wish to assert my Fifth Amendment right on that.

 4    Q.   Is anyone paying premiums for your health insurance?

 5    A.   I wish to assert my Fifth Amendment right on that.

 6    Q.   What high school did you graduate from?

 7    A.   Fordson High School.

 8    Q.   Did you attend college?

 9    A.   Yes, I did.

10    Q.   Did you receive a degree?

11    A.   Yes.

12    Q.   What degree did you receive?

13    A.   I have two degrees, Islamic law and labor law.

14    Q.   What school did you receive your labor law degree from?

15    A.   Wayne State.

16    Q.   And what school did you receive the Islamic law degree from?

17    A.   Medina, University of Medina.

18    Q.   When you were attending Wayne State, did you have student

19         loans?

20    A.   I wish to assert my Fifth Amendment right on that.

21    Q.   Have those loans been paid?

22    A.   I wish to assert my Fifth Amendment right on that.

23    Q.   When you were attending Medina University, was that an

24         online course or did you -- where is Medina University

25         located?
```

```
1    A.   I was there in Saudi Arabia.

2    Q.   And did you pay for that education?

3    A.   I wish to assert my Fifth Amendment right on that.

4    Q.   Did you owe anything for your undergraduate degree?

5    A.   I wish to assert my Fifth Amendment right on that.

6    Q.   Did you receive any PELL Grants or other scholarships?

7    A.   I wish to assert my Fifth Amendment right on that.

8    Q.   Do you currently have a bar license?

9    A.   I wish -- I don't.

10   Q.   Did you ever have a bar license?

11   A.   No.  I was indicted the month I was going to apply for it.

12   Q.   The degree in Islamic law, does that give you any other

13        professional degree or license?

14   A.   No.

15   Q.   Are you currently employed?

16   A.   I wish to assert my Fifth Amendment right on that.

17   Q.   Within the past 12 months have you received any unemployment

18        compensation?

19   A.   I wish to assert my Fifth Amendment right on that.

20   Q.   Were you ever in the military?

21   A.   No.

22   Q.   Do you have a gun or any guns?

23   A.   No.

24   Q.   Do you have access to any weapons?

25   A.   No.
```

```
 1                        MS. CHASTANG:   Assert your Fifth Amendment
 2           right on that.
 3                        THE WITNESS:   I wish to assert my Fifth
 4           Amendment right on that.
 5      BY MS. HOTZ:
 6      Q.   Do you have a rental agreement on the residence that you are
 7           currently residing in?
 8      A.   I wish to assert my Fifth Amendment right on that.
 9      Q.   Are you currently married?
10      A.   I wish to assert my Fifth Amendment right on that.
11      Q.   Under any definition of marriage?
12      A.   I wish to assert my Fifth Amendment right on that.
13      Q.   Are you divorced?
14      A.   I wish to assert my Fifth Amendment right on that.
15      Q.   Do you have any children?
16      A.   I wish to assert my Fifth Amendment right on that.
17      Q.   Are you required to pay child support to anyone?
18      A.   I wish to assert my Fifth Amendment right on that.
19      Q.   Have you transferred any assets in the amount of -- worth
20           more than $500 to anyone within the past six months?
21      A.   I wish to assert my Fifth Amendment right on that.
22      Q.   Do you have any savings bonds?
23      A.   I wish to assert my Fifth Amendment right on that.
24      Q.   Your mother passed away within the last couple of years, is
25           that correct?
```

```
 1   A.   I wish to assert my Fifth Amendment right on that.   Six

 2        years ago.

 3   Q.   Did you receive anything from her estate?

 4   A.   I wish to assert my Fifth Amendment right on that.

 5   Q.   Is anyone holding any stocks or bonds for your benefit?

 6   A.   I wish to assert my Fifth Amendment right on that.

 7   Q.   Do you have any life insurance?

 8   A.   I wish to assert my Fifth Amendment right on that.

 9   Q.   If you know, are you the beneficiary of anyone's life

10        insurance?

11   A.   I wish to assert my Fifth Amendment right on that.

12   Q.   Do you have an individual retirement account?

13   A.   I wish to assert my Fifth Amendment right on that.

14   Q.   Do you have any other type of pension plan?

15   A.   I wish to assert my Fifth Amendment right on that.

16   Q.   Do you have a safety deposit box?

17   A.   I wish to assert my Fifth Amendment right on that.

18   Q.   Do you have access to a safety deposit box on anyone else's

19        name?

20   A.   I wish to assert my Fifth Amendment right on that.

21   Q.   Do you have a safe?

22   A.   I wish to assert my Fifth Amendment right on that.

23   Q.   Do you have access to a safe?

24   A.   I wish to assert my Fifth Amendment right on that.

25   Q.   Do you have a time share?  Do you have an interest in a time
```

1          share anywhere?

2     A.   I wish to assert my Fifth Amendment right on that.

3     Q.   Do you have season tickets to any sporting events?

4     A.   I wish to assert my Fifth Amendment right on that.

5     Q.   Are you aware of any judgments being held against you other

6          than the restitution judgment?

7     A.   I wish to assert my Fifth Amendment right on that.

8     Q.   Do you play the lottery?

9     A.   I wish to assert my Fifth Amendment right on that.

10    Q.   Have you won anything in the lottery in the last 12 months?

11    A.   I wish to assert my Fifth Amendment right on that.

12    Q.   Do you gamble?

13    A.   I wish to assert my Fifth Amendment right on that.

14    Q.   Have you been in any of the casinos in Southeastern Michigan

15         within the last 12 months?

16    A.   I wish to assert my Fifth Amendment right on that.

17    Q.   Do you go into any charitable gaming events?

18    A.   I wish to assert my Fifth Amendment right on that.

19    Q.   Did you have an ownership interest in any company?

20    A.   I wish to assert my Fifth Amendment right on that.

21    Q.   Do you have any jewelry?

22    A.   I wish to assert my Fifth Amendment right on that.

23    Q.   Do you have any artwork?

24    A.   I wish to assert my Fifth Amendment right on that.

25    Q.   Does anyone hold any artwork for your benefit?

```
 1    A.    I wish to assert my Fifth Amendment right on that.

 2    Q.    Other than the couch that was recently purchased, have you

 3          made any purchases of furniture in the last 12 months?

 4    A.    I wish to assert my Fifth Amendment right on that.

 5    Q.    Have you made any repairs to the residence you're currently

 6          living in?

 7    A.    I wish to assert my Fifth Amendment right on that.

 8    Q.    Have you paid anyone to make any repairs for the residence

 9          you're currently living in?

10    A.    I wish to assert my Fifth Amendment right on that.

11    Q.    How long have you been residing in the house on Rosalie?

12    A.    I wish to assert my Fifth Amendment right on that.

13    Q.    Were you previously living in a house on Palmer?

14    A.    I wish to assert my Fifth Amendment right on that.

15    Q.    At the time that you were living in the house on Palmer,

16          were you required to pay any rent?

17    A.    I wish to assert my Fifth Amendment right on that.

18    Q.    Did you provide any assistance for the owners of the house

19          on Palmer?

20    A.    I wish to assert my Fifth Amendment right on that.

21    Q.    Have you purchased your own groceries in the last 60 days?

22    A.    I wish to assert my Fifth Amendment right on that.

23    Q.    Have you filed for bankruptcy?

24    A.    I wish to assert my Fifth Amendment right on that.

25    Q.    Did you file a tax return last year?
```

1    A.    I wish to assert my Fifth Amendment right on that.

2    Q.    Are you currently receiving any benefits from Social

3          Security?

4    A.    I wish to assert my Fifth Amendment right on that.

5    Q.    Have you applied for benefits from Social Security?

6    A.    I wish to assert my Fifth Amendment right on that.

7    Q.    Are you paying tuition for anyone to attend school?

8    A.    I wish to assert my Fifth Amendment right on that.

9    Q.    Are you paying tuition for anyone to attend any kind of

10         daycare or overnight camp?

11   A.    I wish to assert my Fifth Amendment right on that.

12   Q.    Other than the money that you have received from the Ebay

13         and the half.com and Paypal, have you received money from

14         any other source in the last 12 months?

15   A.    I wish to assert my Fifth Amendment right on that.

16              MS. HOTZ:   Let's go off the record for one

17         minute.

18              (A pause was had in the proceedings.)

19              MS. HOTZ:   A couple more questions.

20   BY MS. HOTZ:

21   Q.    Mr. Jebril, do you keep records of your personal income and

22         expenditures?

23   A.    I wish to assert my Fifth Amendment right on that.

24   Q.    And would those records be found at your residence or on

25         your computer?

1    A.    I wish to assert my Fifth Amendment right on that.

2    Q.    What types of records do you maintain with respect to your

3         personal income and expenses?

4    A.    I wish to assert my Fifth Amendment right on that.

5    Q.    Do you have a budget for your own expenses on a monthly

6         basis?

7    A.    I wish to assert my Fifth Amendment right on that.

8    Q.    And if you go over that budget, does anyone provide you with

9         any assistance to meet your bills?

10   A.    I wish to assert my Fifth Amendment right on that.

11           MS. HOTZ:  For the record, I object to the

12   vast majority of your Fifth Amendment claims.  I don't think

13   that they are well-founded, and I don't think they will

14   be -- I don't think that you have articulated a legitimate

15   basis or fear of prosecution on this record.

16           Mr. Chastain, do you have anything

17   else you want to say?

18           MS. CHASTANG:  No.

19           MS. HOTZ:  We are finished.

20        (The deposition was adjourned at 2:45 p.m.)

21             ** ** **

22

23

24

25

Page 42

1   STATE OF MICHIGAN     )

2                         )         ss.

3   COUNTY OF OAKLAND     )

4           I, Jennifer L. Wall, Notary Public within and for the

5   County of Oakland, State of Michigan, do hereby certify that the

6   witness whose attached deposition was taken before me in the

7   above entitled matter was by me duly sworn at the aforementioned

8   time and place; that the testimony given by said witness was

9   stenographically recorded in the presence of said witness and

10  afterward transcribed by computer under my personal supervision,

11  and that the said deposition is a full, true and correct

12  transcript of the testimony given by the witness.

13          I further certify that I am not connected by blood or

14  marriage with any of the parties or their attorneys, and that I

15  am not an employee of either of them, nor financially interested

16  in the action.

17          IN WITNESS THEREOF, I have hereunto set my hand at the

18  City of Walled Lake, County of Oakland, State of Michigan.

19

20

21  _____       Jennifer L. Wall CSR-4183
     Date                           Oakland County, Michigan
22                                  My Commission Expires 11/12/15

23

24

25