# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 22, 2015

Ms. Rita C. Chastang
Ms. Loren Elizabeth Khogali
Legal Aid & Defender Association
613 Abbott Street, Fifth Floor
Detroit, MI 48226

Ms. Patricia Gaedeke
Ms. Stephanie M. Gorgon
Office of the U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Re: Case No. 14-1716, *USA v. Ahmad Jebril*
Originating Case No. : 2:03-cr-80810-1

Dear Counsel:

The Court issued the enclosed Opinion today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. David J. Weaver

Enclosure

Mandate to issue

**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 15a0294n.06

No. 14-1716

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FILED** |
| Plaintiff-Appellee, | ) | Apr 22, 2015 |
| | ) | DEBORAH S. HUNT, Clerk |
| v. | ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN |
| AHMAD MUSA JEBRIL, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

BEFORE: MERRITT, BOGGS, and ROGERS, Circuit Judges.

PER CURIAM. Ahmad Musa Jebril appeals the district court's order continuing his term of supervised release with additional conditions. The government has moved to dismiss Jebril's appeal as moot.

In 2004, a jury found Jebril guilty of numerous federal offenses involving fraud, money laundering, and the illegal possession of firearms. The district court sentenced him to an effective term of 70 months in prison and three years of supervised release. In 2014, the district court determined that Jebril violated the conditions of his supervised release. The court continued Jebril's term of supervised release with additional conditions, including that he must participate in electronic location monitoring and submit to his probation officer information pertaining to his social-media accounts.

No. 14-1716
*United States v. Jebril*

      In his appellate brief, Jebril argues that the special conditions requiring him to participate in electronic location monitoring and submit his social-media-account information to his probation officer are procedurally and substantively unreasonable. Jebril's counsel subsequently advised us, however, that Jebril's term of supervised release has ended. Thus, we need not address his appellate arguments because they are moot. *See United States v. Dyson*, 639 F.3d 230, 234-35 (6th Cir. 2011).

      Accordingly, we dismiss Jebril's appeal as moot.